**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6938

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

SHAUNTE TORRANE LASSITER,

　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:07-cr-00060-RBS-TEM-3)

Submitted: August 16, 2012　　　　Decided: August 21, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shaunte Torrane Lassiter, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaunte Torrane Lassiter appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion and motion for reconsideration. We have reviewed the record and find no reversible error in the court's denial of § 3582(c)(2) relief. Accordingly, we affirm for the reasons stated by the district court. United States v. Lassiter, No. 2:07-cr-00060-RBS-TEM-3 (E.D. Va. Apr. 19, 2012). Because the district court lacked authority to reconsider its initial order, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the court's denial of Lassiter's motion to reconsider. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED